**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RONALD DAVID JONES,**

       **Plaintiff,**

**v.**                          **Case No.  4:18cv82-MW/CAS**

**GADSDEN COUNTY SCHOOLS
and KEITH DOWDELL,**

       **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8.   Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED** as barred by res judicata.  Plaintiff's motion for appointment of counsel and jury trial, ECF No. 7, is **DENIED**."  The Clerk shall close the file.

**SO ORDERED on July 11, 2018.**

                       **s/Mark E. Walker_____ ____**
                       **United States District Judge**